CSD 1099 [07/01/18]
Name, Address, Telephone No. & I.D. No.

*Thane Sevier*
*17395 Caminito Caldo*
*San Diego Ca 92127*
*858)568-3657 / xxx-xx-1863*

FILED

2019 DEC 10 PM 1: 19

CLERK
U.S. BANKRUPTCY CT.
SO DIST OF CALIF

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

*Thane Sevier*                                                          Debtor.

BANKRUPTCY NO.

*19-06847*

BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN   *(Amended)*

Presented are the original with the number of copies required by CSD 1800 Administrative Procedures of the following [Check one or more boxes as appropriate]:

- ☑ Schedules A/B - J
- ☑ Statement of Financial Affairs
- ☑ Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- ☑ Summary of Your Assets and Liabilities and Certain Statistical Information Schedules
- ☑ Chapter 7 Statement of Current Monthly Income
- ☑ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- ☐ Chapter 7 Means Test Calculation
- ☐ Chapter 11 Statement of Your Current Monthly Income
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
- ☐ Chapter 13 Calculation of Your Disposable Income
- ☐ Chapter 13 Plan
- ☐ Schedule of Real and/or Personal Property
- ☑ Schedule of Property Claimed Exempt
- ☐ Creditors Holding Secured Claims by Property
- ☐ Creditors Holding Unsecured Priority and/or Non-priority Claims
- ☐ Schedule of Executory Contracts & Unexpired Leases
- ☑ Schedule of Co-Debtors
- ☑ Income of Individual Debtor(s)
- ☑ Expenses of Individual Debtor(s)
- ☐ Expenses for Separate Household of Debtor 2

**If additional creditors are added at this time, the following are required:**

1. Electronic media required, see CSD 1007, containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2. Local Form CSD 1101, *Notice to Creditors of This Debtor Added by Amendment or Balance of Schedules.* See instructions on reverse side.

Dated: _____          Signed: _____

                                                    Attorney for Debtor

I[We] _____ and _____ , the debtor(s), hereby declare under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 plan attached hereto, consisting of _____ pages, and on the creditor matrix, if any, is true and correct.

Dated: *12-10-19*   *Thane Sevier*
                                *Debtor*                                                    *Joint Debtor*
* If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

CSD 1099                                                          **Refer to Instructions on Reverse Side**

*3 Pgs ss 6847 Bal*

CSD 1099 (Page 2) [07/01/18]

## INSTRUCTIONS

1.  Local Form CSD 1101, *Notice to Creditors of The Above-Named Debtor Added by Amendment or Balance of Schedules*, may be used to notify any added entity. When applicable, copies of the following notices must accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2.  If not filed previously and this is an ECF case, the *Declaration Re: Electronic Filing of Petition, Schedules & Statements* (Local Form CSD 1801) must be filed in accordance with LBR 5005-4(c).

3.  If this is a Chapter 11 case, each member of any committee appointed must be served this Balance of Schedules.

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Balance of Schedules and/or Chapter 13 Plan** on the following persons listed below by the mode of service shown below:

1.  **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _12-10-19_ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☑  Chapter 7 Trustee: *Christopher Barclay*

☐  For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐  For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☐  For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

2.  **Served by United States Mail:**

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

CSD 1099

CSD 1099 (Page 3) [07/01/18]

3.      **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on    12-10-19          Thane Sevier  Thane Sevier
            (Date)            (Typed Name and Signature)

                            17395 Caminito Caldo
                            (Address)

                            San Diego  Ca  92127
                            (City, State, ZIP Code)

CSD 1099